**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

DINA RICO,

Plaintiff,

v. Civ. No. 26-1879 KRS/GJF

SOUTHWEST PAIN CENTER and
JOSE LUIS RAMIREZ,

Defendants.

**ORDER TO SHOW CAUSE**

**THIS MATTER** comes before the Court *sua sponte*. Plaintiff Dina Rico, proceeding *pro se*, filed suit on June 9, 2026. Compl., Dkt. No. 1. On June 12, 2026, the Court granted Plaintiff's application to proceed *in forma pauperis* and directed the Clerk of the Court "to notify Defendants, at the address provided by Plaintiff in the Charge of Discrimination attached to the Complaint, that an action has been commenced and request that Defendants waive service pursuant to Fed. R. Civ. P. 4(d)." Order 2, Dkt. No. 5. After the Clerk's Office complied with the directive, on July 21, 2026, the Notice of a Lawsuit and Request to Waive Service of a Summons was filed with the Court, signed by Defendant Jose Luis Ramirez. *See* Notice 1, Dkt. No. 8.

Since that time, Defendants have not answered and the deadline for doing so has passed. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii) ("A defendant must serve an answer … if it has timely waived service under Rule 4(d), within 60 days after the request for a waiver was sent…."). Yet for reasons not known to the Court, Plaintiff has seemingly done nothing else to prosecute this case, whether under Federal Rule of Civil Procedure 55 or otherwise. Federal Rule of Civil Procedure 41(b) authorizes the Court to dismiss an action *sua sponte* a case for failure to prosecute. *See Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003); *see also* D.N.M. LR-Civ. 41.1 ("A civil action

may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward.”).

**IT IS THEREFORE ORDERED** that **on or before December 11, 2026**, Plaintiff must show cause in writing why she has not sought relief under Rule 55 or otherwise prosecuted her claims. The Court cautions Plaintiff that her failure to show sufficient cause could lead to the dismissal without prejudice of her claims.

**SO ORDERED**.

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE